COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Gordon Parsons and Beverly Parsons, Relators

Appellate case number:   01-18-00588-CV

Trial court case number:   CI54724

Trial court:               County Court at Law No. 1 and Probate Court of Brazoria
                          County

On July 9, 2018, relators, Gordon Parsons and Beverly Parsons, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's June 27, 2018 "Order Denying Plaintiff's Motion to Reopen Discovery, Motion to Remove Suit from Expedited-Actions Process and Motion to Supplement Expert Discovery," and to issue an order granting those motions. Relators have included the required Rule 52.3(j) certification and filed a sworn record with its petition including a transcript of the June 20, 2018 motion hearing. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(2).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                    ☑ Acting individually     ☐ Acting for the Court
Date: July 12, 2018